#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLORADO
#### Judge Christine M. Arguello

Civil Action No. 09-cv-00262-CMA-KMT

DARRYL R. WALLACE,

    Plaintiff,

v.

THE WACKENHUT CORPORATION,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

The parties have filed a Joint Stipulated Motion For Dismissal With Prejudice (Doc. # 43). After careful review of the stipulation and the file, the Court has concluded that the Stipulation should be approved and that Plaintiff Darryl R. Wallace's claims against Defendant The Wackenhut Corporation should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED that the Joint Stipulated Motion for Dismissal With Prejudice is GRANTED, and Plaintiff's claims against Defendant are DISMISSED WITH PREJUDICE, each party to pay his or its own attorneys fees and costs.

DATED: October __13__, 2009

                    BY THE COURT:

                    _____
                    CHRISTINE M. ARGUELLO
                    United States District Judge